UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:18 CR 925 AGF (NCC) |
| DIONDREY HARDWICT, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, Sirena Miller Wissler, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with an offense for which a maximum term of imprisonment of forty years or more is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), or chapter 705 of Title 46 (Maritime Drug Law Enforcement), specifically knowingly and intentionally distribute Acetyl-fentanyl, a Schedule II controlled substance and that a death resulted from the use of such Acetyl-fentanyl distributed by defendant.

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.  The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

                Respectfully submitted,

                JEFFREY B. JENSEN
                United States Attorney

                */s/ Sirena Miller Wissler*
                SIRENA MILLER WISSLER #55374MO
                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                */s/ Sirena Miller Wissler*
                SIRENA MILLER WISSLER, #55374MO
                Assistant United States Attorney