**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

_____

**NO.   21-2724**
_____

**United States of America**

**Plaintiff - Appellant**

**v.**

**Diondrey Hardwict**

**Defendant - Appellee**

_____

Appeal from U.S. District Court for the Eastern District of Missouri -St. Louis (4:18-cr-00925-AGF-1)
_____

**MOTION FOR
ADDITIONAL TIME**

Kevin Barnes, Esq comes now on behalf of Defendant, Diondrey Hardwict, in the above cited case to request additional time to file for a transcript and to file required motions for the following reasons:

1. On or about January 25, 2022, Attorney requested a second extension to file a brief on an appeal in this case.
2. At that time Attorney asked for an extension to file the appellate brief until March 25, 2022.
3. The underlying situation that necessitated the request was only very slowly being solved for reasons not then determined.
4. Since that time there have been breakthroughs that allow solutions to repeated denied acceptance to care facilities; inaccurate medical reports were being submitted that are being corrected.
5. The care of Attorney's sister disabled since birth has been accepted to adult care that accepts her insurance and that will provide transportation: both necessary conditions.
6. For his caseload, Attorney has postponed and rescheduled all pending trials for sixty days.
7. Attorney has made headway already on the brief.
8. Attorney seeks to continue the brief if Defendant and Court allow.
9. Neither Defendant nor Attorney intentionally caused delay but sought only to solve problems placed on personal issues.

10. Wherefore Attorney requests, on behalf of Defendant, that this court allow him the same time requested as before until March 25, 2022, to complete the brief and to make any other necessary motions.

/s/Kevin Barnes MO 43263
5972 N. Pointe Blvd, St. Louis, MO 63147
Tel: 312-525-2708        Fax:800-429-8920 email kbarnes@assistantgeneralcounsel.com