# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2724

United States of America

Appellee

v.

Diondrey Hardwict, also known as CJ

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cr-00925-AGF-1)

---

**ORDER**

Appellant's brief was due on February 28, 2022, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

March 11, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans