UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:18CR00925 AGF |
| DIONDREY HARDWICT, | ) ) ) |
| Defendant. | ) |

## GOVERNMENTS NOTICE REGARDING FORFEITURE

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, and for its Notice states as follows:

1. On September 5, 2019, a Grand Jury for the Eastern District of Missouri returned a Superseding Indictment against Defendant charging him with drug trafficking in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). ECF No. 46.

2. The Superseding Indictment included a forfeiture allegation that the following property was subject to forfeiture pursuant to 18 U.S.C. § 853: any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of drug trafficking, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation. *Id*.

1

3.      On April 14, 2021, Defendant pleaded guilty to drug trafficking in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and also agreed to the forfeit certain property, specifically $4,626.00 U.S. currency (hereinafter the "Subject Property"). ECF No. 110.

4.      On July 16, 2021, this Court entered a Preliminary Order of Forfeiture (the "Preliminary Order"), which forfeited the Defendant's interest in the Subject Property. ECF. No. 119.

5.      Subsequent to the entry of the Preliminary Order of Forfeiture, the United States discovered that the Subject Property was no longer in law enforcement possession and had been released.

6.      As the property is no longer in custody, the United States does not intend to seek a Final Order of Forfeiture in the instant case.

WHEREFORE the United States hereby gives notice that it does not intend to seek a Final Order of Forfeiture in the instant case.

Dated: April 21, 2022                                       Respectfully submitted,

                                                            SAYLER A. FLEMING
                                                            United States Attorney

                                                             /s/ Stephen Casey
                                                            STEPHEN CASEY, #996646(DC)
                                                            Assistant United States Attorney
                                                            111 South 10th Street, Suite 20.333
                                                            Saint Louis, Missouri 63102
                                                            Telephone:    (314) 539-2200
                                                            *Stephen.Casey@usdoj.gov*

2